## LIMITED LIABILITY COMPANY RESOLUTION

THE UNDERSIGNED, being the Managing Member of Commack Plaza, LLC, a limited liability company organized under the laws of the State of New York, DOES HEREBY CERTIFY, that at a special meeting of the Board of Directors of said corporation, duly held on March 19, 2019 at which a quorum of the corporation's Directors were present, acting and duly waived notice of the meeting, the following resolution was duly adopted:

WHEREAS, this limited liability company is generally not paying its debts as they become due, it is

RESOLVED, that this limited liability company, be and it hereby is authorized to take such steps as may be necessary to the best interest of the limited liability company and the general creditors, but not limited to the filing of a petition under Chapter 11 of the Bankruptcy Code, to sign such petitions, affidavits, and plans as may be required in said proceedings, and it is hereby authorized and empowered to retain the firm of MACCO & STERN, LLP as their attorneys in this matter.

IN WITNESS WHEREOF, I have signed the certificate and affixed the corporate seal thereto by order of said Directors.

Dated:  Islandia, New York
       April 2, 2019

                                    Commack Plaza, LLC

                                    By:_____
                                          Steve Menexas
                                          Managing Member

STATE OF NEW YORK )
COUNTY OF SUFFOLK) ss:-

On the 2nd day of April, before me personally came Steve Menexas, to me known and who being by me duly sworn, did depose and say that he is the Managing Member of Commack Plaza, LLC, a limited liability company described in and which executed the foregoing certificate, and that he knows the seal of said limited liability company, that the seal affixed to said certificate is said limited liability company's seal; that it was so affixed by order of the Board of Directors of said limited liability company, and that he signed his name thereto by like order.

Sworn to before me
this 2nd day of April, 2019

_____
Michael J. Macco
Notary Public, State of New York
No. 4761094
Qualified in Suffolk County
Commission Expires January 31, 2023