**Macco & Stern LLP**
*Proposed Attorneys for the Debtor*
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900
Michael J. Macco
Cooper J Macco, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In re:

COMMACK PLAZA LLC, d/b/a ARA,
d/b/a ARA GREEK KITCHEN & BAR
d/b/a ARA GREEN KITCHEN AND BAR

Index No. 19-71978 (REG)

Chapter 11

Debtor.
---------------------------------------------------------------- X

## AFFIDAVIT REGARDING INITIAL RETAINER

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF SUFFOLK    )

**STEVE MENEXAS**, being duly sworn, deposes and says:

1.  I am the managing member of Commack Plaza, LLC d/b/a Ara d/b/a Ara Greek Kitchen & Bar, d/b/a Ara Greek Kitchen & Bar (the "Debtor") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and, as such, am fully familiar with the fact and circumstances set forth herein.

2.  I submit this affidavit in connection with the Debtor's application to retain Macco & Stern, LLP ("Macco & Stern") as attorneys for the Debtor (the "Application").

3.  As disclosed in the affidavit of Cooper J Macco in support of the Application, Macco & Stern was paid $25,000 as an initial retainer in connection by this matter by affiant, individually.

4. This shall confirm that Macco & Stern has advised me, and I acknowledge, with regards to the matters with Macco &Stern is to be engaged in this chapter 11 proceeding, to the extent the interests of the Debtor diverge from my personal interest, that Macco & Stern shall represent the Debtor only.

5. I further acknowledge that Macco & Stern owes a duty of undivided loyalty to the Debtor only and have been advised by Macco & Stern that if a conflict of interest should arise, that Macco & Stern will notify both the Court and me and that, in such circumstances I should consult with independent legal counsel in connection with this matter.

6. Macco & Stern has advised me that they will not represent me with respect to any potential claims that I may have against the Debtor, and that I may wish to seek separate legal counsel with respect to same.

STEVE MENEXAS

Steve Menexas
Individually

Sworn to before me this
2 day of April, 2019

NOTARY PUBLIC

Cooper J Macco
Notary Public, State of NY
No. 02MA6279300
Qualified in Suffolk County
Commission Expires April 8, 2022